## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*The Voltech Company*
Attn:   President/CEO
25 NW 1st Street, Suite 3
Deerfield Beach, FL 33441-3548

_____
Mary E. Augustine (No. 4477)

619749v1